

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00261-CR

**EX PARTE** Misael Morales **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12746CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 30, 2025.

_____
Lori I. Valenzuela, Justice